PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Jung-Sook Ko          Cr.: 11-00786-036
                                         PACTS #: 59189

Name of Sentencing Judicial Officer:  THE HONORABLE KATHARINE S. HAYDEN
                                      SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/05/2012

Original Offense: Conspiracy to unlawfully produce identification documents and to commit credit card fraud and Aggravated Identity Theft.

Original Sentence: 42 months imprisonment, 36 months supervised release

Special Conditions: New Debt Restrictions, Financial Disclosure, $200 Special Assessment, and $122,598 in Restitution

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/03/2015

## STATUS REPORT

We believe that Ms. Ko has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $9,084.23 towards her restitution. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any uncollected criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Ko's term of supervision to expire as scheduled on May 2, 2018.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle Siedzik
    U.S. Probation Officer Assistant
Date: 01/09/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time – Supervision to expire on May 2, 2018

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/19/18
Date